**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KELLY J. TRUJILLO**
Assistant City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: kelly.trujillo@cityofvallejo.net

Attorneys for Defendant, CITY OF VALLEJO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RUTH SHELTON-PRYOR,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO AND DOES 1-50,<br><br>Defendants. | **Case No: 2:16-cv-00464-MCE-CKD**<br>**STIPULATION AND ORDER RE: DEADLINE FOR FILING DISPOSITIVE MOTIONS** |

Plaintiff Ruth Shelton-Pryor and Defendant City of Vallejo, by and through their respective attorneys, hereby stipulate and agree as follows:

1. WHEREAS, the City of Vallejo timely filed a Motion for Summary Judgment pursuant to the court's original Scheduling Order. (Docket No. 31);

2. WHEREAS, on June 23, 2017, the court vacated defendant's Motion for Summary Judgment by minute order (Docket No. 33) ruling that the deadline for filing of dispositive motions shall be CONTINUED to not later than thirty days following the date of electronic filing of an order addressing plaintiff's motion to

1. amend (Docket No. 11), motion(s) to extend (Docket Nos. 16 and 20), which were under submission at that time.

3. WHEREAS, on November 13, 2017, the court denied plaintiff's motion for leave to amend and granted plaintiff's motion to conduct four specific depositions. (Docket No. 34). The court provided 30 days in which to complete the depositions. Thus the dispositive motion deadline and the deadline to finish the depositions is the same date, December 13, 2017.

4. The parties have agreed to a deposition schedule of the four ordered depositions that will be completed on December 13, 2017. However, this does not allow sufficient time to obtain the deposition transcripts and file updated Motions for Summary Judgment, if necessary.

5. As such, the parties hereby stipulate to extend the deadline to file any dispositive motions by approximately 30 days, to January 16, 2018. This will provide time to obtain the deposition transcripts and complete the preparation of any dispositive motions.

SO STIPULATED.

Respectfully submitted,

DATED: December 1, 2017     /s/ Kelly J. Trujillo
KELLY J. TRUJILLO,
Assistant City Attorney
Attorney for Defendant, CITY OF VALLEJO

DATED: December 1, 2017     /s/ Stanley Goff
STANLEY GOFF
Attorney for Plaintiff

//
//

ORDER

Based on the foregoing stipulation, the dispositive motion filing deadline shall be extended to and including January 16, 2018.

IT IS SO ORDERED.

Dated: December 6, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE