**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KELLY J. TRUJILLO**
Assistant City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: kelly.trujillo@cityofvallejo.net

Attorneys for Defendant, CITY OF VALLEJO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RUTH SHELTON-PRYOR, | Case No: 2:16-cv-00464-MCE-CKD |
| Plaintiff, | |
| vs. | **ORDER RE: STIPULATION FOR DISMISSAL** |
| CITY OF VALLEJO AND DOES 1-50, | |
| Defendants. | |

Pursuant to the stipulation of the parties, it is hereby ordered that this action is hereby DISMISSED with prejudice pursuant to FRCP 41(a)(2). Each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE